# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : **CRIMINAL COMPLAINT** |
| v. | : Honorable James B. Clark, III |
| NASIR SUTTON | : Mag. No. 23-12085 |

I, Abdullah Holmes, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief:

### SEE ATTACHMENT A

I further state that I am a Task Force Officer with the Drug Enforcement Administration and that this complaint is based on the following facts:

### SEE ATTACHMENT B

_s/Abdullah Holmes_
Abdullah Holmes, Task Force Officer
Drug Enforcement Administration

Task Force Officer Holmes attested to this Complaint by telephone pursuant to F.R.C.P. 4.1(b)(2)(A)

June 2, 2023                                        at        District of New Jersey
Date                                                                    County and State

HONORABLE JAMES B. CLARK, III
UNITED STATES MAGISTRATE JUDGE                Signature of Judicial Officer

## ATTACHMENT A

## COUNT ONE
(Possession of a Firearm and Ammunition by a Convicted Felon)

On or about June 2, 2023, in Essex County, in the District of New Jersey and elsewhere, the defendant,

## NASIR SUTTON,

knowing that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess firearms and ammunition, namely: (1) one Glock 9 millimeter handgun, bearing serial number ACDC972, loaded with thirty rounds of ammunition; and (2) one Polymer 9 millimeter handgun, bearing serial number PF940C, loaded with eleven rounds of ammunition, and the firearms and ammunition were in and affecting interstate commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## ATTACHMENT B

I, Abdullah Holmes, am a Task Force Officer with the Drug Enforcement Administration. I am fully familiar with the facts set forth herein based on my own investigation, my conversations with other law enforcement officers, and my review of reports, documents, and photographs of the evidence. Where statements of others are related herein, they are related in substance and part. Because this Complaint is being submitted for a limited purpose, I have not set forth each and every fact that I know concerning this investigation. Where I assert that an event took place on a particular date, I am asserting that it took place on or about the date alleged.

1. Law enforcement is currently investigating a criminal street gang that operates in and around the Pennington Court and Hyatt Court housing complexes in the ironbound section of Newark. The investigation revealed that Nasir Sutton ("SUTTON") is associated with the gang.

2. During the month of May 2023, law enforcement observed Instagram content showing SUTTON in possession of a firearm, as depicted below.



3.  Based, in part, on that Instagram post, law enforcement obtained a warrant to search SUTTON's residence in Pennington Court. On or about June 2, 2023, law enforcement executed that warrant and recovered, among other things, one Glock 9 millimeter handgun, bearing serial number ACDC972, loaded with thirty rounds of ammunition, and one Polymer 9 millimeter handgun, bearing serial number PF940C (when referenced together with the Glock, the "Firearms"), loaded with eleven rounds of ammunition. The Glock was equipped with a switch enabling it to be fired in fully-automatic mode.

4.  The Firearms, and/or the parts used to assemble them, and the ammunition were manufactured outside the State of New Jersey and thus moved in and affected interstate commerce prior to June 2, 2023.

5.  SUTTON has been convicted of felony offenses and is accordingly prohibited from possessing firearms and ammunition under federal law. Specifically, on or about August 4, 2021, SUTTON was convicted of possession of a firearm by a convicted felon in this District and was sentenced to an 18-month term of imprisonment.